1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT B. KAPLAN (Bar No. 76950)
2  NICOLAS De LANCIE (Bar No. 84934)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:     (415) 398-5584

5  Attorneys for Appellant BANK OF THE WEST

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11  In re:                              CIV. NO. S-05-612 LKK

12  CAPELLO, INC.,                      BK. NO. 04-32499-D-7

13        Debtor.                       **ORDER RE: STIPULATION TO
                                        CONTINUE ORAL ARGUMENT**

18  **ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
    FOR THE EASTERN DISTRICT OF CALIFORNIA FROM AN ORDER ENTERED
    BY THE HONORABLE THOMAS C. HOLMAN, BANKRUPTCY JUDGE,
    AUTHORIZING RECEIVER TO DISBURSE FUNDS PURSUANT TO TERMS
    <u>OF STIPULATED ORDER GRANTING RELIEF FROM THE STAY</u>**

1   Based upon the Court's review of the Stipulation to Continue Oral Argument and
2 good cause appearing therefore;
3   **IT IS HEREBY ORDERED** that the oral argument in this matter, currently
4 scheduled for August 1, 2005, at 10:00 a.m. be, and hereby is, continued to December 2, 2005 at
5 10:00 a.m.
6 Dated:  July 27, 2005

/s/Lawrence K. Karlton
7 UNITED STATES DISTRICT JUDGE