1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT B. KAPLAN (Bar No. 76950)
2  NICOLAS De LANCIE (Bar No. 84934)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:     (415) 398-8080
4  Facsimile:     (415) 398-5584

5  Attorneys for Appellant BANK OF THE WEST

6

7

8                  UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                   SACRAMENTO DIVISION

11                                    CIV. NO. S-05-612 LKK
    In re:
12                                    BK. NO. 04-32499-D-7
    CAPELLO, INC.,
13                                    **ORDER RE: STIPULATION TO**
               Debtor.               **CONTINUE ORAL ARGUMENT**
14

15

16

17

18         **ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT**
      **FOR THE EASTERN DISTRICT OF CALIFORNIA FROM AN ORDER ENTERED**
19      **BY THE HONORABLE THOMAS C. HOLMAN, BANKRUPTCY JUDGE,**
       **AUTHORIZING RECEIVER TO DISBURSE FUNDS PURSUANT TO TERMS**
20        **OF STIPULATED ORDER GRANTING RELIEF FROM THE STAY**

21

22

23

24

25

26

27

28

1    Based upon the Court's review of the Stipulation to Continue Oral Argument and

2 good cause appearing therefor;

3    **IT IS HEREBY ORDERED** that the oral argument in this matter, currently

4 scheduled for December 2, 2005, at 10:00 a.m. be, and hereby is, continued to December 12, 2005

5 at 10:00 a.m.

6 Dated:  November 17, 2005

7                                                   /s/Lawrence K. Karlton
                                                    Lawrence K. Karlton
8                                                   Senior Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28